UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN S. FISHMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS USA, INC., ROBERT GREENBERG, JOHN VANDEMORE, and DAVID WEINBERG,<br><br>Defendants. | Case No.:<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff Steven S. Fishman ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Skechers USA, Inc. ("Skechers" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## **NATURE OF THE ACTION**

1.    This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Skechers securities between

October 20, 2017 and July 19, 2018, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.      Skechers designs and markets branded footwear for men, women, and children. In recent years, Skechers has experienced rapid sales growth, particularly in the Company's international markets driven largely by unsustainable increases in the Company's Selling, General & Administrative expenses ("SG&A").

3.      Skechers' common stock trades on the New York Stock Exchange ("NYSE") under the symbol "SKX."

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Skechers' sales growth was heavily reliant upon unsustainable increases in the Company's SG&A expenses, including expensive, third-party operational solutions; (ii) SG&A expenses would exceed sales growth for the foreseeable future; (iii) the Company did not have the operational infrastructure needed to meet the demand for its products in China and other international markets; and (iv) as a result, Skechers' public statements were materially false and misleading at all relevant times.

5.      The truth began to emerge on April 18, 2018, when Skechers reported its first quarter 2018 financial results. Contrary to Defendants' previous and repeated assurances of "leveraged" SG&A expenses, Skechers' reported SG&A expense growth of 23.4%, drastically outgrowing the Company's 16.5% sales growth for the same quarter. Even still, Defendant David

Weinberg ("Weinberg"), Skechers' Chief Operating Officer ("COO"), continued to reassure investors that the Company would return to leverage on SG&A expenses the very next quarter.

6.    On this news, Skechers' stock price declined $11.38 per share, or 27%, to close at $30.70 per share on April 20, 2018.

7.    On July 19, 2018, the full truth emerged when Skechers announced its second quarter 2018 financial results. The Company disclosed that SG&A expenses increased 19.7%, far greater than the reported 10.6% sales growth for the same quarter.  As a result, earnings from operations decreased by 5.7%, and net earnings declined by almost 24%.

8.    On this news, Skechers' stock price dropped $6.98 per share, or 20.1%, from a closing price of $33.25 per share on July 19, 2018, to $26.27 per share on April 20, 2018, wiping out an additional $947 million in market cap.

9.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

10.    The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

11.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and Section 27 of the Exchange Act.

12.    Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as the Company's securities are traded on the NYSE, located within this Judicial District.

13.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of a national securities exchange.

## PARTIES

14.     Plaintiff, as set forth in the attached Certification, acquired Company securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

15.     Defendant Skechers is a corporation organized under the laws of the State of Delaware and maintains its principal executive offices at 228 Manhattan Beach Boulevard, Manhattan Beach, California, 90266. Skechers' common stock trades on the NYSE under the ticker symbol "SKX."

16.     Defendant Robert Greenberg ("Greenberg") has served at all relevant times as the Chief Executive Officer ("CEO") of Skechers.

17.     Defendant John Vandemore ("Vandemore") has served at all relevant times as the Chief Financial Officer ("CFO") of Skechers.

18.     Defendant Weinberg has served at all relevant times as the COO of Skechers.

19.     The Defendants referenced above in ¶¶ 16-18 are sometimes referred to herein as the "Individual Defendants."

20.     The Individual Defendants possessed the power and authority to control the contents of the Company's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability

and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the Company, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

21.     Skechers is a global footwear and apparel brand, which designs and markets Skechers-branded lifestyle footwear for men, women and children, and performance footwear for men and women under the Skechers Performance brand name.  The Company's brands are sold through department and specialty stores, athletic and independent retailers, boutiques and internet retailers. In addition to wholesale distribution, its footwear is available on its e-commerce websites and its own retail stores.

22.     The Company asserts that its "objective is to profitably grow our operations worldwide while leveraging our recognizable Skechers brand through our diversified product lines, innovative advertising and diversified distribution channels."

23.     The Company was founded in 1992 by Robert Greenberg with his sons Jeffrey and Michael, who all currently serve as the Company's directors and as Skechers' CEO, President, and Senior Vice President, respectively.

24.     The Company has three reportable sales segments: domestic wholesale sales, international wholesale sales, and retail sales, which includes e-commerce sales.

25.    In recent years, Skechers has experienced rapid, unconstrained sales growth, especially in its International Wholesale Sales and e-commerce segments, largely as the result of growth in the Company's joint venture business in China.

26.    The Company first entered the Chinese marketplace ten years ago. In that time, the Company has reported average annual sales growth of 73%.  Vital to this growth is the Company's outsized increases in SG&A.

27.    SG&A expenses are defined as all non-production costs and are comprised of the operating expenses of a business that are not included in the costs of goods sold. These include corporate expenses, facility expenses, and sales and marketing expenses.

28.    As shown in the chart below, in the fiscal quarters preceding the start of the Class Period, the Company's SG&A expense growth regularly outpaced its net sales growth:

| Quarter | Net Sales Growth (vs same quarter prior year) | SG&A Growth (vs same quarter prior year) | Earnings from Operations (vs same quarter prior year) |
|---|---|---|---|
| Second Quarter 2016 | 9.7% | 20.05% | -10.6% |
| Third Quarter 2016 | 10.10% | 12.2% | 8.1% |
| Fourth Quarter 2016 | 5.8% | 16.17% | -48.3% |
| First Quarter 2017 | 9.6% | 16.86% | -10.2% |
| Second Quarter 2017 | 16.9% | 26.9% | -14.0% |

29.    The Company explained this outsized SG&A growth by assuring investors that its expense growth would eventually decline and that the Company would be able to return to "leverage" on its SG&A expenses, *i.e.*, to grow sales faster than expenses.

## **Materially False and Misleading Statements Issued During the Class Period**

30.    The Class Period begins on October 20, 2017, following the filing of the Company's Form 8-K with the SEC, attaching as Exhibit 99.1 a press release announcing its

results of operations and financial condition for the three months and nine months ended September 30, 2017 (the "3Q 2017 Press Release"). The 3Q 2017 Press Release stated in relevant part:

### SKECHERS ACHIEVES NEW QUARTERLY SALES RECORD IN ITS THIRD QUARTER 2017
**Record Quarterly Net Sales of $1.095 Billion and $3.194 Billion for the Nine Months**
**Diluted Earnings per Share of $0.59 for the Third Quarter and $1.57 for the Nine Months**
**Gross Margins of 47.5 Percent for the Third Quarter and 46.5 Percent for the Nine Months**

\*       \*       \*

"Third quarter net sales of $1.095 billion set a new quarterly record for the Company, surpassing our previous record in the first quarter earlier this year by $22 million, and resulted in a new nine month record with sales exceeding $3 billion," stated David Weinberg, chief operating officer and chief financial officer. "The growth came across our three distribution channels—with double-digit increases in our Company-owned Skechers retail business worldwide and our international subsidiary and joint venture businesses, as well as a single-digit increase in our international distributor and domestic wholesale businesses. ***The strong international growth, including the continued strength in China, the resurgence of the United Kingdom and growth across all of Europe combined with our strong international retail business, resulted in international wholesale and retail representing 53 percent of our total sales in the third quarter***."

**<u>Third Quarter Financial Results</u>**
Quarterly net sales increased 16.2 percent to $1.095 billion compared to third quarter 2016. The growth was the result of a 25.7 percent increase in the Company's international wholesale business, a 1.4 percent increase in its domestic wholesale business, and an 18.6 percent increase in its Company-owned global retail business with total comp store sales increases of 4.4 percent. The increase in its Company-owned retail business, which included sales growth of 9.5 percent in its domestic channel and a domestic comp store sales increase of 3.1 percent, came despite temporary store closures in Texas and Florida, and continued store closures in Puerto Rico due to the recent hurricanes. The Company reported net sales last year of $1.5 million for the days corresponding to the days closed this year due to the hurricanes.

**Gross profit** for the third quarter of 2017 was $520.0 million, or 47.5 percent of net sales, compared to $430.0 million, or 45.6 percent of net sales, for the third quarter of 2016.

Third quarter **selling expenses** increased $21.8 million to $89.6 million, or 8.2 percent of sales, compared to $67.8 million, or 7.2 percent of sales, in the prior year's third quarter. The increase was primarily due to increased advertising expenses of $17.2 million, including $3.6 million to support our international subsidiary business, and an additional $3.5 million in selling commissions from its joint venture in South Korea.

**General and administrative expenses** were $316.9 million, or 28.9 percent of sales, compared to $261.8 million, or 27.8 percent of sales, in the prior year's third quarter. The year-over-year quarterly increase was primarily due to Skechers' focus on long-term global growth. The increases included $18.1 million associated with the Company's 67 additional domestic and international retail stores—13 of which were opened in the third quarter, and $27.2 million to support its international growth in its joint venture and subsidiary businesses. Domestic wholesale general and administrative expenses in the third quarter increased $9.7 million year-over-year primarily due to increased headcount in the United States to support its brand worldwide, and improvements in its digital operations, as well as the expansion into new categories and brands.

Mr. Weinberg added: "We remain committed to investing in the brand, product, infrastructure, and all areas that will drive further growth opportunities. Our international business continues to have the highest growth potential—both with emerging international markets such as those in South America as well as India, and our established business across Asia. To further build our brand globally, we grew our Company-owned store base worldwide to 623 locations, including 187 international stores. Combined with the third-party Skechers stores, there were 2,428 Skechers stores around the world at quarter end."

Earnings from operations were $116.5 million or 10.6 percent of net sales, which was an increase of $13.1 million or 12.7 percent over the third quarter of 2016.

\*      \*      \*

*"From day one we have been driven, determined and focused on building a successful company," began Robert Greenberg, SKECHERS chief executive officer. "Twenty-five years later, the same is true. With innovation and commitment at the forefront of our efforts, we are supporting our teams and their growth in the United States and around the world. It's those teams that set us apart, working behind the scenes and on the front lines to deliver product rich in style and comfort to our customers. Achieving three record quarters of net sales in 2017, as well as annual record net sales in 2016, is a testament to the power of our team and the brand."*

Mr. Greenberg continued: "***Now, more so than ever before, we are approaching our business from a global perspective, developing product that will resonate with consumers in the Americas, across Europe, throughout Asia, and the rest of the world.*** Domestically, the highlight of the third quarter was our back-to-school business, which was led by double-digit sales increases in our Skechers Kids footwear. As with our adult offering, we focused on innovation, comfort and lightweight features, creating a collection that resonated with kids and their parents. The success of our product was most evident in the continued growth of our international business as we achieved strong double-digit growth in the majority of our subsidiary and joint venture managed countries in the third quarter. Further, we are focusing on marketing campaigns that resonate globally—including the signing of singing sensation Camila Cabello, who is known by young women around the world***. We believe that with our focus on product, marketing and logistics from a domestic and international perspective, we will continue to see strong growth on a global scale.***"

(Emphasis added.)

31.     On an earnings call with analysts following the 3Q 2017 Press Release, Defendant Weinberg received a question concerning the Company's earnings and SG&A expenses, in response to which he reiterated the purported benefits of the Company's outsized SG&A expenses:

**Christopher Svezia [Wedbush Securities]**
Just want to go back to a question from earlier, when you talked about SG&A process, you start to think about next year, is there a scenario whereby you don't leverage? In other words, this year you're growing 15% and you're deleveraging roughly 200 hundred basis points or so on SG&A. Is there a revenue growth rate, given sort of the thought process around some investments in some markets, whereby you wouldn't leverage or is it just next year under most scenarios you leverage G&A expenses?

**David Weinberg**
Yeah, I'm not a person that would say, never say never. But I think your last characterization of, for the most part, yeah, most of the scenarios are positive leverage, I think that's correct.

32.     Defendant Weinberg was pressed again by an analyst concerning the Company's SG&A expenses for the upcoming year:

[I]s it possible to put a finer point on, where you think you might land in terms of dollars given that you - given, what you know about your store opening plans, the distribution center in China, which I assume is continuing to move forward, where

do you think you might end up for dollars in terms of just total SG&A selling expenses plus G&A, when you get into - through 2018?

33.    Defendant Weinberg responded that "the anticipation here is that the rate of growth certainly in the G&A piece will come down from this year, as we end the year there are no new pieces to pick up."

34.    Following the 3Q 2017 Press Release, on November 2, 2017, Skechers President and director, Michael Greenberg, sold 150,000 shares in an open market transaction at $31.91 per share, for proceeds of approximately $4.78 million.

35.    Approximately a month and a half later, on December 19 and 20, 2017, Defendant Greenberg sold 500,000 shares —approximately 65% of his total holdings — in open market transactions at prices between $37.53 and $37.69 per share, as Skechers' stock price continued to approach Class Period highs, for total proceeds of $18.8 million.

36.    Notably, these 500,000 shares sold by Defendant Greenberg were acquired a little over one year prior in October 2016. This was Defendant Greenberg's first purchase in approximately ten years.

37.    On February 8, 2018, the Company filed a Form 8-K with the SEC, attaching as Exhibit 99.1 a press release announcing its results of operations and financial condition for the three months and twelve months ended December 31, 2017, signed by Defendant Vandemore (the "4Q 2017 Press Release"). The 4Q 2017 Press Release stated in relevant part:

**SKECHERS ANNOUNCES RECORD FULL-YEAR 2017 SALES OF $4.16 BILLION**
**Record Annual Sales Achieved with New Fourth Quarter Record of $970.6 Million; Company's Board of**
**Directors Authorizes $150 Million Stock Repurchase Program**

\*      \*      \*

**<u>Fourth Quarter Highlights</u>**

10

**Record sales of $970.6 million, an increase of 27.0 percent
Earnings from operations of $55.7 million, an increase of 96.9 percent
GAAP diluted loss per share of $0.43 due to a $0.64 one-time tax expense
attributable to the Tax Cuts & Jobs Act, adjusted diluted earnings per share
of                                                                      $0.21
International wholesale sales increased 40.2 percent; total international
wholesale and retail sales combined represented 52.6 percent of total sales
Domestic wholesale sales increased 11.6 percent
Company-owned global retail sales increased 25.8 percent, with a
comparable same store sales increase of 12.0 percent globally**

"2017 was a monumental year for Skechers as we achieved sales of more than $4 billion for the first time in our 25-year history," began Robert Greenberg, Skechers chief executive officer. "This growth is due to our continued focus on efficiencies and infrastructure as well as innovation, comfort, and relevancy within our product design. In the United States, we remained the No. 1 walking, work, casual lifestyle, and casual dress footwear brand, and the No. 2 casual athletic footwear brand*. Our team of legendary athletes and international celebrities, including the chart-topping singer Camila Cabello, drove worldwide appeal in marketing campaigns that represent our diverse product offering—from our heritage retro styling to the innovation and comfort that have become hallmarks of Skechers footwear. *Furthermore, we grew our Skechers store base to 2,570 locations at year-end and saw impressive growth across the globe— including record sales on Single's Day in China. As we look ahead, with fresh styles shipping for Spring, we believe we will remain a leader in the lifestyle footwear channel in the United States, selectively expand our retail footprint, and continue our global growth as we see our international business becoming an increasingly larger piece of our total business."*

"With three months of strong sales, a robust holiday selling season that included increased demand for our innovative lighted children's footwear and comfortable adult styles, and double-digit growth in each of our three distribution channels, we achieved a new fourth quarter sales record of $970.6 million," stated David Weinberg, chief operating officer of Skechers. *"The four record sales quarters in 2017 resulted in a new annual sales record of $4.16 billion, an increase of over $600 million from the previous year's sales. This growth is a testament to the worldwide strength and relevance of our product, marketing and brand."*

*     *     *

Sales grew 27.0 percent as a result of a 40.2 percent increase in the Company's **international wholesale** business, an 11.6 percent increase in the Company's **domestic wholesale** business, and a 25.8 percent increase in its Company-owned global **retail** business. **Comparable same store sales** in Company-owned stores increased 12.0 percent, including a domestic increase of 10.5 percent and an international increase of 16.5 percent.

**Gross margins** increased due to strength in the Company's international retail business and increased sales in the Company's international subsidiary business.

**SG&A expenses** increased 21.6 percent. This increase was driven by $67.4 million in **general and administrative expenses,** including $37.8 million to support international growth in the Company's joint venture and subsidiary businesses, and $20.1 million associated with operating 75 additional Company-owned Skechers stores, of which 22 were opened in the fourth quarter. **Selling expenses** increased by $4.4 million primarily due to higher international advertising expenses as well as $1.5 million in increased sales commissions in its South Korea joint-venture business.

**Earnings from operations** increased 96.9 percent primarily due to sales growth.

(Emphasis added).

38.    On an earnings call with analysts following the 4Q 2017 Press Release, Defendant Vandemore touted the Company's "infrastructure investments", stating in relevant part: "The leverage we delivered this quarter gives a glimpse into the opportunity before us as we continue to grow the top line and leverage our infrastructure investments of the past couple of years." Defendant Weinberg followed up on Defendant Vandemore's sentiment, stating:

> ***Yeah, I think as far as advertising is concerned and it depends how you want to define it, not just media but our advertising in in-stores. We anticipate that the rate of growth will continue to slow as it has in the past and we'll be able to leverage some.*** We are going to change focus and advertise obviously more in international and relatively stable in the U.S. We would think that we're okay in the U.S. and all increases will come from international.
>
> So that's a very positive and we will match the sales. ***And we anticipate it would stay in the same range, maybe slight leverage as we go through the year.***

(Emphasis added.)

39.    On March 1, 2018, the Company filed its Annual Report for the fiscal year ended December 31, 2017 on Form 10-K (the "2017 10-K") with the SEC, which provided the Company's annual financial results and position. The 2017 10-K was signed by Defendants Greenberg, Vandemore and Weinberg. The 2017 10-K also contained signed certifications pursuant to SOX Defendants Greenberg and Vandemore attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

40.    The 2017 10-K stated:

**2017 OVERVIEW**
In 2017, we focused on product development, growing our position in our domestic wholesale accounts, growing our international market share, opening retail stores in key locations worldwide, continuing to develop our global infrastructure, and balance sheet and expense management.
\*    \*    \*
**Balance sheet and expense management.** ***During 2017, we continued to focus on managing our balance sheet and bringing our marketing expenses and general and administrative expenses in line with expected sales.***

(Emphasis added.)

41.    The above statements identified in ¶¶ 30-33, & 37-40 were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants failed to disclose: (i) Skechers' sales growth was heavily reliant upon unsustainable increases in the Company's SG&A expenses, including expensive, third-party operational solutions; (ii) SG&A expenses would exceed sales growth for the foreseeable future; (iii) the Company did not have the operational infrastructure needed to meet the demand for its products in China and other international markets; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

## The Truth Begins to Emerge

42.    The truth first began to emerge on April 18, 2018, when the Company reported its first quarter 2018 financial results, filed with the SEC on form 8-K signed by Defendant Weinberg (the "1Q 2018 Press Release"). Specifically, the Company reported that SG&A expenses increased 23.4 percent, which it attributed to "an additional $72.9 million in general and administrative expenses, including ***$37.4 million to support international growth in the Company's joint venture and subsidiary businesses***[.]" Moreover, the Company reported that

selling expenses increased by $10.6 million "primarily due to higher international advertising expenses."

43.    On this news, the Company's stock price declined $11.38, or 27%, to a close at $30.70 per share on April 20, 2018.

44.    On an earnings call with analysts following the 1Q 2018 Press Release, Defendant Weinberg rebuffed an analyst's concerns when questioned concerning the Company's SG&A expenses:

**Jeff Van Sinderen [B. Riley FBR, Inc.]**
And then leverage? Do you think leverage on SG&A starting in Q3 again?

**David Weinberg**
*I would think so.* You know, that's based on topline and where we are going. Part of the issue is, we have had more of the same we have had in the prior year. So, Korea was up but deleveraged somewhat more because we had to put a little more infrastructure than we had anticipated. China is anticipating such strong growth that we had to pump up expenses to handle the business that's coming and a bigger piece of that business is online, which has more infrastructure built because of the uniqueness of shipping one pair at a time for the size they are.

*So, we do believe that we will catch up, that the topline will be such and that we will be able to again start to leverage again in Q3.* It should be a very positive time for us. Just like we felt last year Q1 would be a positive change for us this year as well. And you have to also remember, Jeff, that Easter went into Q1. So, of all the things that John was saying about the tough comps, Easter went into Q1, so all of the deliveries really were taken in Q1.

(Emphasis added)

45.    The above statement identified in ¶ 44 was materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants failed to disclose: (i) Skechers' sales growth was heavily reliant upon unsustainable increases in the Company's SG&A expenses, including expensive, third-party operational solutions; (ii) SG&A expenses would exceed sales growth for the foreseeable future; (iii) the

Company did not have the operational infrastructure needed to meet the demand for its products in China and other international markets; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

46.    Then on July 19, 2018, the full truth emerged, when the Company reported its second quarter 2018 financial results, filed with the SEC on Form 8-K signed by Defendant Vandemore (the "2Q 2018 Press Release"). Specifically, the Company reported only $1.13 billion in sales and earnings per share of $0.29, missing the Company's own guidance by $0.10. The Company further disclosed that SG&A expenses increased 19.7%, far greater than the reported 10.6% sales growth for the same quarter.   As a result, earnings from operations decreased by 5.7%, and net earnings declined by almost 24%.  According to the 2Q 2018 Press Release, nearly 50% of the increase in general and administrative expenses was in China "to support continued expansion."

47.    During the Company's conference call with analysts following the 2Q 2018 Press Release, Defendant Weinberg was questioned on the "bigger picture" of the Company—namely, Defendants' prior statements concerning its focus on "top line growth" and plans to leverage its SG&A expenses into increased earnings, and eventually, decreased SG&S expenses.  Defendant Weinberg, in a shocking about face, stated:

**David Weinberg**

***We just don't necessarily think that way. We're into growth. We think that transition could sacrifice topline growth for EBIT will happen when the marketplace tells us we're getting too close to a saturation point. Right now, we are built for growth; we have the capital for growth, we wouldn't leave anything on the table...***

(Emphasis added.)

48.    On this news, Skechers' stock dropped $6.98, or 20.1%, to close at $26.27 per share on April 20, 2018.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

49.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Skechers securities during the Class Period (the "Class"), and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

50.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Skechers securities were actively traded on the NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Skechers or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

51.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

52.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

53.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Skechers;

- whether the Individual Defendants caused Skechers to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of Skechers securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

54.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

55.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Skechers  securities are traded in an efficient market;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NYSE and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased, acquired and/or sold Skechers securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

56.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

57.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)

58.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

59. This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

60. During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Skechers securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Skechers securities and options at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

61. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Skechers securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Skechers finances and business prospects.

62.    By virtue of their positions at Skechers, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants.  Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth.  In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

63.    Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control.  As the senior managers and/or directors of Skechers, the Individual Defendants had knowledge of the details of Skechers internal affairs.

64.    The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein.  Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of Skechers.  As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Skechers businesses, operations, future financial condition and future prospects.  As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Skechers securities was artificially inflated throughout the Class Period.  In ignorance of the adverse facts concerning Skechers business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise

acquired Skechers securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

65.     During the Class Period, Skechers securities were traded on an active and efficient market.  Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Skechers securities at prices artificially inflated by Defendants' wrongful conduct.  Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Skechers securities was substantially lower than the prices paid by Plaintiff and the other members of the Class.  The market price of Skechers securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

66.     By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

67.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)**

68.     Plaintiff repeats and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

69.     During the Class Period, the Individual Defendants participated in the operation and management of Skechers, and conducted and participated, directly and indirectly, in the conduct of Skechers business affairs.  Because of their senior positions, they knew the adverse non-public information about Skechers misstatement of income and expenses and false financial statements.

70.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Skechers financial condition and results of operations, and to correct promptly any public statements issued by Skechers which had become materially false or misleading.

71.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Skechers disseminated in the marketplace during the Class Period concerning Skechers results of operations.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Skechers to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Skechers within the meaning of Section 20(a) of the Exchange Act.  In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Skechers securities.

72.    Each of the Individual Defendants, therefore, acted as a controlling person of Skechers.  By reason of their senior management positions and/or being directors of Skechers, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Skechers to engage in the unlawful acts and conduct complained of herein.  Each of the Individual Defendants exercised control over the general operations of Skechers and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

73.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Skechers.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A.    Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.    Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.    Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.    Awarding such other and further relief as this Court may deem just and proper.

## **DEMAND FOR TRIAL BY JURY**

     Plaintiff hereby demands a trial by jury.

Dated: October 17, 2018

                                    Respectfully submitted,


                                    POMERANTZ LLP

                                    */s/ Jeremy A. Lieberman*
                                    Jeremy A. Lieberman
                                    J. Alexander Hood II
                                    Jonathan Lindenfeld
                                    600 Third Avenue, 20th Floor
                                    New York, New York 10016
                                    Telephone:  (212) 661-1100
                                    Facsimile:  (212) 661-8665
                                    Email:  jalieberman@pomlaw.com
                                            ahood@pomlaw.com
                                          jlindenfeld@pomlaw.com

                                    POMERANTZ LLP
                                    Patrick V. Dahlstrom
                                    10 South La Salle Street, Suite 3505
                                    Chicago, Illinois 60603
                                    Telephone:  (312) 377-1181
                                    Facsimile:  (312) 377-1184
                                    Email:  pdahlstrom@pomlaw.com

                                    *Attorneys for Plaintiff*

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.    I, *Steven S Fishman* _____, make this

declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities

Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Skechers U.S.A., Inc. ("Skechers" or the "Company") and,

authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Skechers securities at the direction of plaintiffs' counsel or in order to

participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired Skechers securities during the class period, including providing testimony at deposition and trial, if

necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Skechers

securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set

forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.


Executed  *14 Sept. 2018*
               **(Date)**


_____
                    **(Signature)**

*Steven S Fishman*
_____
               **(Type or Print Name)**

**Skechers USA, Inc. (SKX)**                                    **Fishman, Steven S.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 4/20/2018 | Purchase | 1,656 | $30.3621 |
| 4/20/2018 | Purchase | 3,338 | $30.3621 |
| 5/16/2018 | Purchase | 1,693 | $30.2669 |
| 5/16/2018 | Purchase | 3,354 | $30.2669 |
| 7/10/2018 | Purchase | 688 | $31.1667 |
| 7/10/2018 | Purchase | 1,472 | $31.1667 |